1
2
3
4  I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
   FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Plaintiff
5  (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
   RECORD IN THIS ACTION ON THIS DATE.
6  DATED: 4/6/10
7  DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
APR -6 2010
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD J. GLAIR, | Case No. CV 09-6450-R (RNB) |
| Plaintiff, | ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| vs. | |
| CITY OF LOS ANGELES, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed all the records and files herein, including the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed herein. Having made a *de novo* determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) defendants' motion to dismiss for failure to state a claim is granted; (2) plaintiff's federal civil rights claims are dismissed without leave to amend; (3) plaintiff's state law claims are dismissed without prejudice to plaintiff raising such claims in state court; (4) defendants' motions to dismiss for insufficient

service of process are denied as moot; (5) plaintiff's motion to amend is denied as futile; and (6) Judgment be entered dismissing this action with prejudice.

DATED: April 5, 2010

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE